UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **KEESHAWN S. McCLAM,**  Defendant. | Civil Action Number: 2:10-1860  ORDER  HON. WILLIAM J. MARTINI |

## ORDER

This matter having been opened to the Court by the United States Attorney for the District of New Jersey seeking an order granting a default judgment in favor of Plaintiff, the Court having considered the matter, and Defendant having notice and an opportunity to be heard, and for the reasons elaborated in the memorandum opinion filed contemporaneously with this Order,

**IT IS** on this 7th day of February, 2011;

**ORDERED** that the United States' motion for default judgment is **GRANTED;** and,

**ORDERED** that judgment in the amount of **$25,165.00** (3 times $6,555.00 plus a penalty of $5,500.00) be **GRANTED** to the United States**.**

s/ William J. Martini
**William J. Martini, U.S.D.J.**